1 | RACHAEL LAVI, Bar No. 294443
LITTLER MENDELSON, P.C.
2 | 2049 Century Park East
5th Floor
3 | Los Angeles, CA 90067.3107
Telephone: 310.553.0308
4 | Fax No.: 310.553.5583

5 | TIMOTHY S. ANDERSON, *Pro Hac Vice*
tanderson@littler.com
6 | EDWARD H. CHYUN, *Pro Hac Vice*
echyun@littler.com
7 | LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
8 | Cleveland, Ohio 44114
Telephone: 216.696.7600
9 | Facsimile: 216.696.2038

10 | Attorneys for Defendants,
JUST ENERGY GROUP, INC., JUST
11 | ENERGY MARKETING CORP., JUST
ENERGY SOLUTIONS, INC. AND JUST
12 | ENERGY LIMITED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL EVANGELISTA,<br><br>Plaintiff,<br><br>v.<br><br>JUST ENERGY MARKETING CORP., a Delaware corporation, JUST ENERGY SOLUTIONS INC., a California corporation, JUST ENERGY LIMITED, a Delaware corporation, JUST ENERGY GROUP INC., a Canadian corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 8:17-cv-02270 CJC (SSx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Action Filed: November 21, 2017<br>Trial Date: TBA |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

## ORDER

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and Protective Order.

IT IS SO ORDERED.

Dated: 8/10/18  _____

/S/
_____
Hon. Suzanne H. Segal
Magistrate Judge of the United States District Court, Central District of California

Firmwide:156362350.1 071198.1066

2

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308